IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AHOSTING, INC., | : |
|---|---|
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 11-7059 |
| LOGICWEB, INC., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 10th day of October 2013, upon consideration of defendant's motion for summary judgment (Doc. No. 21), plaintiff's response thereto (Doc. No. 25), plaintiff's motion for summary judgment (Doc. No. 20) and defendant's response thereto (Doc. No. 23), **IT IS HEREBY ORDERED:**

1.) Defendant's motion for summary judgment (Doc. No. 21) is **GRANTED** as to plaintiff's defamation claim; defendant's motion for summary judgment (Doc. No. 21) is otherwise **DENIED**.

2.) Plaintiff's motion for summary judgment (Doc. No. 20) is **DENIED.**

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.